UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA E. VALENZUELA, | Case No. CV 09-04492- RGK (AJWx) |
| Plaintiff(s), | |
| VS. | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| HOMECOMINGS FINANCIAL NETWORK, INC., et al., | |
| Defendant(s). | |

On September 8, 2009, this Court issued an Order to Show Cause Re Lack of Prosecution ("OSC"). Plaintiff was ordered to show cause in writing on or before September 18, 2009, why this action should not be dismissed for lack of prosecution as to defendants (1) Aurora Loan Services; (2) JP Morgan Chase Bank; and (3) Quality Loan Services. The OSC indicated that plaintiff's application for entry of default as to these defendants would serve as a satisfactory response to the OSC.

On September 18, 2009, plaintiff filed a declaration in response to the OSC stating that on June 11, 2009, Plaintiff had filed a Chapter 7 Bankruptcy and that on September 1, 2009, the bankruptcy was dismissed. The automatic stay under 10 USC Section 362(a), does not apply to proceedings initiated by debtors.

Plaintiff's declaration also states that corrected proofs of service as to these defendants were filed with the Court.

Defendant Aurora Loan Services answer was due July 16, 2009, defendant JP Morgan Chase Bank's answer was due July 15, 2009, and defendant Quality Loan Service's answer was due July 19, 2009.  As of this date, plaintiff has failed to move for entry of default.

Therefore, defendants Aurora Loan Services, JP Morgan Chase Bank, and Quality Loan Service are hereby dismissed.

**IT IS SO ORDERED.**

Dated: October 13, 2009

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE